UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSHUA L. BARRICKS, | |
| Plaintiff, | |
| v. | Case No. 7:23-cv-551 |
| JAMES R. WRIGHT, | |
| Defendant. | |

### JOINT REPORT OF
### PARTIES' PLANNING MEETING AND DISCOVERY PLAN

The parties in the above-styled action, jointly by their attorneys, and in accordance with Rule 26(f) of the Federal Rules of Civil Procedure, respectfully submit their Report of Parties' Planning Meeting and Discovery Plan as follows:

1.      Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel for all parties have conferred on October 25, 2023, with the following attorneys participating: Jared Tuck, Esquire, counsel for plaintiff and Joshua D. Goad, Esquire, counsel for defendant.

2.      The parties propose that they will serve initial disclosures as required by Rule 26(a)(1), on or before November 15, 2023, and anticipate that they will be able to comply with the discovery limitations and requirements set forth in the applicable rules.

3.      The parties expect simultaneous discovery on all aspects of the case, including liability and damages.

4.  Any discoverable electronically stored information will be provided in electronic or computer printout form, including discoverable email metadata, when possible.

5.  The parties are not aware of any unusual issues about privilege or preserving discoverable information and they agree to appropriately preserve all discoverable information.

6.  The parties consent to the service of discovery materials and other papers by email pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

7.  The parties have discussed the possibilities for promptly settling or resolving the case. The parties believe that such possibility is premature until additional discovery is conducted.

8.  The parties do not request changes to the limitations on discovery imposed under the Federal Rule of Civil Procedure or the local rules and do not request any additional limitations.

9.  The parties request that the Court's scheduling order reflect that the plaintiff's initial expert disclosure is due 120 days before trial and the defendant's initial expert disclosure is due 90 days before trial.

Respectfully submitted,

*/s/ Jared A. Tuck*
Matthew W. Broughton, Esq. (VSB No. 25226)
E. Scott Austin, Esq. (VSB No. 41260)
Jared A. Tuck, Esq. (VSB No. 98429)
Gentry Locke Attorneys

10 Franklin Rd. SE, Suite 900
P.O. Box 40013
Roanoke, Va. 24022-0013
Phone: (540) 983-9300
Fax: (540) 983-940
broughton@gentrylocke.com
saustin@gentrylocke.com
jtuck@gentrylocke.com
      Counsel for Plaintiff


          /s/
Joshua D. Goad
VSB No. 74915
JOHNSON, AYERS & MATTHEWS, PLC
310 First Street, SW, Suite 700
P. O. Box 2200
Roanoke, Virginia  24009
Tel: (540) 767-2070
Fax: (540) 982-1552
Email: jgoad@jamlaw.net
      Counsel for Defendant Wright