UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSHUA L. BARRICKS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:23-cv-00551 |
| JAMES R. WRIGHT, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Based on the undisputed material facts set forth and the reasons stated in the accompanying brief in support of this motion, Defendant James R. Wright moves, pursuant to Fed. R. Civ. P. 56, for summary judgment on each of the Plaintiff's claims against him. Wright requests that this Court enter an Order granting his motion and dismissing the Plaintiff's claims, with prejudice .

Respectfully submitted,
JAMES R. WRIGHT

By_____/s/_____
Of Counsel

Joshua D. Goad
VSB No. 74915
JOHNSON, AYERS & MATTHEWS, PLC
310 First Street, SW, Suite 700
P. O. Box 2200
Roanoke, Virginia  24009
Tel: (540) 767-2070
Fax: (540) 982-1552
Email: jgoad@jamlaw.net
    Counsel for Wright

## **CERTIFICATE OF SERVICE**

I certify that on July 11, 2024, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will deliver a true copy of the same to:

Matthew W. Broughton, Esq. (VSB No. 25226)
E. Scott Austin, Esq. (VSB No. 41260)
Jared A. Tuck, Esq. (VSB No. 98429)
Gentry Locke Attorneys
10 Franklin Rd. SE, Suite 900
P.O. Box 40013
Roanoke, Va. 24022-0013
Phone: (540) 983-9300
Fax: (540) 983-940
broughton@gentrylocke.com
saustin@gentrylocke.com
jtuck@gentrylocke.com
   Counsel for Plaintiff

              /s/
              Joshua D. Goad