# Exhibit 5: Bodycam 1 video

(BARRICKS_00093_Axon_Body_3_Video_2022-03-30_2242_X60315398.mp4)